# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Chad Bertrang,<br><br>            Plaintiff,<br><br>v.<br><br>Wisconsin Central, Ltd.,<br><br>            Defendant. | COURT MINUTES – CIVIL<br>BEFORE: HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE<br><br>Case No: CV 14-0133 (SRN/HB)<br>Date: December 2, 2014<br>Courthouse: Saint Paul<br>Courtroom: Courtroom 6B<br>Recording: AUDIO (6:04-6:26 PM)<br>Time Commenced: 9:05 AM<br>Time Concluded: 6:30 PM<br>Time in Court: 9 Hours & 25 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

### APPEARANCES:

    Plaintiff:    James H. Kaster

    Defendant:    Holly M. Robbins

### PROCEEDINGS:

✔    Settlement reached, subject to confirmation by Defendant regarding one condition of settlement. Terms stated on the record.

       Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

    No settlement reached.

**Other Remarks:**

    Plaintiff Chad Bertrang was present. Constance Valkan, Counsel/Employment & Litigation, appeared for defendant.

    The parties should bring any dispute about terms of the settlement to the Court for resolution.

 

                                                                              s/ *Judith M. Kirby*
                                                                                 Courtroom Deputy